| Fill in this information to identify the case: | |
|---|---|
| Debtor 1 | Patrick Glenn Moore <br> aka Patrick G Moore |
| Debtor 2 <br> (Spouse, if filing) | |
| United States Bankruptcy Court for the NORTHERN District of GEORGIA | |
| Case number 17-11630-whd | |

Official Form 410S1

# Notice of Mortgage Payment Change        12/15

If the debtor's plan provides for payment of postpetition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any changes in the installment payment amount. File this form as a supplement to your proof of claim at least 21 days before the new payment amount is due. See Bankruptcy Rule 3002.1.

**Name of creditor:** CP-SRMOF II 2012-A TRUST

**Court claim no.** (if known): 5

**Last 4 digits** of any number you use to identify the debtor's account: 1652

**Date of payment change:** 8/1/2019
Must be at least 21 days after date of this notice

**New total payment:** $637.32
Principal, interest, and escrow, if any

### Part 1: Escrow Account Payment Adjustment

1. **Will there be a change in the debtor's escrow account payment?**

   ☐ No.
   ■ Yes.   Attach a copy of the escrow account statement prepared in a form consistent with applicable nonbankruptcy law. Describe the basis for the change. If a statement is not attached, explain why: _____
   _____

   Current escrow payment: $170.92     New escrow payment: $201.73

### Part 2: Mortgage Payment Adjustment

2. **Will the debtor's principal and interest payment change based on an adjustment to the interest rate on the debtor's variable-rate account?**

   ■ No
   ☐ Yes.   Attach a copy of the rate change notice prepared in a form consistent with applicable nonbankruptcy law. If a notice is not attached, explain why: _____
   _____

   Current interest rate:                    New interest rate:

   Current principal and interest payment:        New principal and interest payment:

### Part 3: Other Payment Change

3. **Will there be a change in the debtor's mortgage payment for a reason not listed above?**

   ■ No
   ☐ Yes   Attach a copy of any document describing the basis for the change, such as a repayment plan or loan modification agreement.
   *(Court approval may be required before the payment change can take effect.)*

   Reason for change: _____

   Current mortgage payment:            New mortgage payment:

Debtor 1 <u>Patrick Glenn Moore</u>
aka Patrick G Moore
Print Name    Middle Name    Last Name

Case number *(if known)* <u>17-11630-whd</u>

| Part 4: | Sign Here |
|---|---|

The person completing this Notice must sign it. Sign and print your name and your title, if any, and state your address and telephone number.

*Check the appropriate box.*

☐ I am the creditor

☒ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.**

✗ <u>/s/ Andrea L. Betts</u>     Date <u>06/19/2019</u>
   Signature

| | | | |
|---|---|---|---|
| Print | <u>Andrea L. Betts</u><br>First Name    Middle Name    Last Name | Title | <u>Authorized Agent for Creditor</u> |
| Company | <u>RAS Crane, LLC</u> | | |
| Address | <u>10700 Abbott's Bridge Road, Suite 170</u><br>Number  Street | | |
| | <u>Duluth  GA 30097</u><br>City    State    ZIP Code | | |
| Contact Phone | <u>470-321-7112</u> | Email | <u>abetts@rascrane.com</u> |

Please note the creditor is in the process of filing a Transfer of Claim to reflect the creditor as the transferee of this claim. However, this notice of mortgage payment change is being filed to ensure the creditors compliance with Fed. R. Bankr. P. 3002.1.

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on June 5, 2019

I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, and a true and correct copy has been served via CM/ECF or United States Mail to the following parties:

Angela Little Hamilton
A. L. Hamilton & Associates, LLC
543 E. Lanier Avenue
Fayetteville, GA 30214

Patrick Glenn Moore
60 Pope Rd
Villa Rica, GA 30180

Trustee
Melissa J. Davey
Melissa J. Davey, Standing Ch 13 Trustee
Suite 200
260 Peachtree Street, NW
Atlanta, GA 30303

                RAS Crane, LLC
                Authorized Agent for Secured Creditor
                10700 Abbott's Bridge Road, Suite 170
                Duluth, GA 30097
                Telephone: 470-321-7112
                Facsimile: 404-393-1425

                By:/S/ Kamari Cook
                KCook@Rascrane.com

**SELENE FINANCE**
9990 Richmond, Suite 400 South
Houston, TX 77042-4546

**ANNUAL ESCROW ACCOUNT DISCLOSURE STATEMENT**

DATE: June 15, 2019

PATRICK MOORE
60 POPE RD
VILLA RICA GA 30180-4760

|  | Previous Payment | New Payment Effective 08/01/19 |
|---|---|---|
| PRINCIPAL AND INTEREST | $435.59 | $435.59 |
| ESCROW | $188.86 | $188.86 |
| SHORTAGE SPREAD | $19.48 | $12.87 |
| TOTAL PAYMENT | $643.93 | $637.32 |

CUSTOMER SERVICE 877-735-3637

## COMING YEAR ESCROW PROJECTION

The purpose of the Coming Year Escrow Projection is to determine the lowest balance "Low Point" to which your escrow account will decline over the upcoming year. The purpose of the Low Balance Summary is to compare the projected and allowable low point amounts. If the projected low point is greater than the allowable low point (*), there is a surplus. If the surplus is $50.00 or greater, it will be automatically refunded to you. If the surplus is less than $50.00, we have lowered your payment accordingly. If the projected low point is less than the allowable low point(*), there is a shortage and/or deficiency which will be recovered by an adjustment to your monthly payment over a specified number of months. The adjustment amount(s) appears in the Low Balance Summary and New Payment Information.

**ANTICIPATED ESCROW DISBURSEMENT**

| | |
|---|---|
| HOMEOWNERS INS | 1,504.16 |
| COUNTY TAXES | 762.17 |
| TOTAL DISBURSEMENTS DIVIDED BY 12 MONTHS | 2,266.33 |
| MONTHLY ESCROW DEPOSIT | 188.86 |

**LOW BALANCE SUMMARY**

| | |
|---|---|
| PROJECTED LOW POINT | 34.38 |
| ALLOWABLE LOW POINT | 188.86 |
| SHORTAGE | 154.48 |
| ESCROW ADJUSTMENT FOR 12 MONTHS | 12.87 |

The cushion allowed by federal law (RESPA) is two times your monthly escrow payment (excluding MIP/PMI), unless state law specifies a lower amount.

| MONTH | PAYMENTS TO ESCROW | DESCRIPTION | PAYMENTS FROM ESCROW | CUR BAL PROJECTION | REQ BAL PROJECTION |
|---|---|---|---|---|---|
| | | BEGINNING BALANCE | | 1,167.55 | 1,322.03 |
| 08/19 | 188.86 | | .00 | 1,356.41 | 1,510.89 |
| 09/19 | 188.86 | | .00 | 1,545.27 | 1,699.75 |
| 10/19 | 188.86 | | .00 | 1,734.13 | 1,888.61 |
| 11/19 | 188.86 | | .00 | 1,922.99 | 2,077.47 |
| 12/19 | 188.86 | COUNTY TAXES | -762.17 | 1,349.68 | 1,504.16 |
| 01/20 | 188.86 | HOMEOWNERS INS | -1,504.16 | 34.38 | 188.86 * |
| 02/20 | 188.86 | | .00 | 223.24 | 377.72 |
| 03/20 | 188.86 | | .00 | 412.10 | 566.58 |
| 04/20 | 188.86 | | .00 | 600.96 | 755.44 |
| 05/20 | 188.86 | | .00 | 789.82 | 944.30 |
| 06/20 | 188.86 | | .00 | 978.68 | 1,133.16 |
| 07/20 | 188.86 | | .00 | 1,167.54 | 1,322.02 |
| TOTAL | 2,266.32 | | -2,266.33 | | |

## IMPORTANT MESSAGES

PLEASE DO NOT SEND CORRESPONDENCE WITH YOUR PAYMENT - ALWAYS WRITE YOUR ACCOUNT NUMBER ON YOUR CHECK

PLEASE RETURN LOWER PORTION WITH YOUR PAYMENT AND KEEP THE TOP PORTION FOR YOUR RECORDS
**INTERNET REPRINT**

**SELENE FINANCE**

PATRICK MOORE

SELENE FINANCE
PO BOX 421639
HOUSTON TX 77242-1639

### ESCROW SHORTAGE REPLY

This is not a bill for the shortage amount. You are not required to pay this shortage in one payment. The total shortage amount is automatically divided by 12 and included in your monthly payment.

You can reduce your monthly payment by **$12.87** per payment if you pay the total shortage in full immediately. Simply send your check for **$154.48** along with this coupon.

| SHORTAGE AMOUNT |
|---|
| **$154.48** |

# ESCROW ACCOUNT HISTORY

Date: August 1, 2019

- This statement itemizes your actual escrow account transactions since your previous analysis statement or initial disclosure. The projections from your previous escrow analysis are to the left of the actual payments, disbursements and escrow balance. By comparing the actual escrow payments to the previous projections listed, you can determine where a difference may have occurred.
- An asterisk (*) indicates a difference from the projected activity in either the amount or date.
- When applicable, the letter "E" beside an amount indicates that a payment or disbursement has not yet occurred but is estimated to occur as shown.
- Your projected low point may or may not have been reached based on one or more of the following factors:

**PAYMENT(S)**
- Monthly payment(s) received earlier OR later than expected
- Monthly payment(s) received were less than OR greater than expected
- Previous overage was returned to escrow
- Previous shortage not paid entirely

**TAXES**
- Tax rate and/or assessed value changed
- Exemption status lost or changed
- Supplemental/Delinquent tax paid
- Tax bill paid earlier OR later than expected
- Tax installment not paid
- Tax refund received
- New tax escrow requirement paid

**INSURANCE**
- Premium changed
- Coverage changed
- Additional premium paid
- Insurance bill paid earlier OR later than expected
- Premium was not paid
- Premium refund received
- New insurance escrow requirement paid
- Lender placed insurance premium paid

| MONTH | PAYMENTS TO ESCROW PROJECTED | ACTUAL | DISBURSEMENTS FROM ESCROW PROJECTED | ACTUAL | DESCRIPTION | ESCROW BALANCE PROJECTED | ACTUAL |
|---|---|---|---|---|---|---|---|
| | | | | | BEGINNING BALANCE | 944.31 | 40.21 |
| 06/19 | 188.86 | 197.90 | | | | 1,133.17 | 238.11< |
| 07/19 | 188.86 | E | | E | | 1,322.03 | 238.11 |
| 08/19 | 188.86 | E | | E | | 1,510.89 | 238.11 |
| 09/19 | 188.86 | E | | E | | 1,699.75 | 238.11 |
| 10/19 | 188.86 | E | | E | | 1,888.61 | 238.11 |
| 11/19 | 188.86 | E | | E | | 2,077.47 | 238.11 |
| 12/19 | 188.86 | E | 762.17 | E | | 1,504.16 | 238.11 |
| 01/20 | 188.86 | E | 1,504.16 | E | | 188.86< | 238.11 |
| 02/20 | 188.86 | E | | E | | 377.72 | 238.11 |
| 03/20 | 188.86 | E | | E | | 566.58 | 238.11 |
| 04/20 | 188.86 | E | | E | | 755.44 | 238.11 |
| 05/20 | 188.86 | E | | E | | 944.30 | 238.11 |
| TOTALS | 2,266.32 | 197.90 | 2,266.33 | 0.00 | | | |

Under Federal Law (RESPA) the lowest monthly balance in your escrow account should not exceed $188.86 or 1/6th of the total anticipated annual disbursement from your escrow account, unless your mortgage documents or state law specifies a lower amount. When your escrow balance reaches its lowest point during the account cycle, that balance is targeted to be your cushion amount. Under the Mortgage Contract or State or Federal Law, the targeted low point in your escrow account is $188.86 and the actual low point balance was $238.11; the amount is indicated with an arrow (<).

Selene Finance LP is a debt collector attempting to collect a debt and any information obtained will be used for that purpose.

Please note that if you are in bankruptcy or received a bankruptcy discharge of this debt, this communication is not an attempt to collect the debt against you personally.

**For Servicemembers and their Dependents:** The Federal Servicemembers Civil Relief Act and certain state laws provide important protections for you, including, under most circumstances, a prohibition on foreclosure during and twelve months after the servicemember's active duty service. Selene will not foreclose on the property of a servicemember or his or her dependent during that time, except pursuant to a court order. You also may be entitled to other protections under these laws, including interest rate and fee relief. Please contact us to learn more about your rights.